IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

RETTA D. ALLEN                                                                              PLAINTIFF

v.                                            4:06CV00753 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                     DEFENDANT

## ORDER

Defendant has filed a Motion to Dismiss (docket entry #10), arguing that this action should be dismissed because Plaintiff filed an untimely Appeal Brief. On December 12, 2006, the Court entered a Scheduling Order requiring Plaintiff to file her Brief on or before January 23, 2007. (Docket entry #7.) Plaintiff did not file her Brief until April 3, 2007, more than two months after the deadline. Defendant requests that this action be dismissed due to Plaintiff's failure to comply with the Court's Order, but does not claim that he has been prejudiced or harmed by the late filing.

In her Response (docket entry #11), Plaintiff's counsel, Laura J. McKinnon, admits that the Brief was filed late due to "an inadvertent scheduling oversight," apologizes to the Court and opposing counsel, and represents that she "will use all due diligence to not let this mistake happen again." Under the circumstances the Court concludes that dismissal is not warranted, although counsel is cautioned to adhere to the Court's deadlines in the future.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss (docket entry #10) is DENIED.

DATED this 16th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE